IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
| | : | |
| **Francisco Rosa** | : | |
| **Teresa Cruz** | : | |
| | : | No. 19-17098-JKF |
| **Debtor(s)** | : | |
| | : | |

## CERTIFICATE OF NO OBJECTION

    I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor(S), do hereby certify that an objection to the Motion to avoid judicial lien on residential real estate has been filed.

    WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

/s/ Erik B. Jensen
Erik B. Jensen, Esquire
*Attorney for Debtor(s)*