IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| **Francisco Rosa** | : |
| **Teresa Cruz** | : Chapter 13 |
| | : |
| | : |
| **Debtors** | : Bankruptcy No. 19-17098-jkf |
| | : |

## ORDER

This __11th__ day of ____March____, 2020, upon Motion of the Debtor to avoid an alleged judicial lien and/or nonpossessory, nonpurchase money security interest in exempt real or personal property held by Midland Funding, LLC, and identified as located at Philadelphia County Municipal Court, Docket No. SC- 14-12-23-5553. The Real Property is known as 2118 Robbins Avenue, Philadelphia PA 19149.

And the Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A) or (B)

And the debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed, Accordingly, it is hereby ordered that the motion is granted by default and the judicial lien and/or a nonpossessory, nonpurchase money security interest in real or personal property held by Midland Funding, LLC, if any, on the aforementioned property is avoided.

BY THE COURT

_____
HONORABLE JEAN K. FITZSIMON