United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Francisco Rosa
Teresa Cruz
    Debtors

Case No. 19-17098-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Mar 11, 2020
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
db/jdb       +Francisco Rosa,    Teresa Cruz,    2118 Robbins Avenue,    Philadelphia, PA 19149-2944

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
           ERIK B. JENSEN    on behalf of Debtor Francisco Rosa akeem@jensenbagnatolaw.com,
            camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
           ERIK B. JENSEN    on behalf of Joint Debtor Teresa Cruz akeem@jensenbagnatolaw.com,
            camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
           JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance, a division of Capital One, N.A. jschwartz@mesterschwartz.com
           REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
           SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                  TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| Francisco Rosa | : |
| Teresa Cruz | : Chapter 13 |
| | : |
| | : |
| Debtors | : Bankruptcy No. 19-17098-jkf |
| | : |

## ORDER

This __11th__ day of __March__, 2020, upon Motion of the Debtor to avoid an alleged judicial lien and/or nonpossessory, nonpurchase money security interest in exempt real or personal property held by Midland Funding, LLC, and identified as located at Philadelphia County Municipal Court, Docket No. SC- 14-12-23-5553. The Real Property is known as 2118 Robbins Avenue, Philadelphia PA 19149.

And the Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A) or (B)

And the debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed, Accordingly, it is hereby ordered that the motion is granted by default and the judicial lien and/or a nonpossessory, nonpurchase money security interest in real or personal property held by Midland Funding, LLC, if any, on the aforementioned property is avoided.

BY THE COURT

_____
HONORABLE JEAN K. FITZSIMON