UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Francisco Rosa<br>    Teresa Cruz<br><br>            Debtors | Chapter 13<br>Bankruptcy No.19-17098-JKF |

## CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the

above-referenced case has been served this 23rd day of April, 2020, by first class mail upon those

listed below:

Francisco Rosa
Teresa Cruz
2118 Robbins Avenue
Philadelphia, PA  19149

**Electronically via CM/ECF System Only:**

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST  SUITE 1920
PHILADELPHIA, PA  19102-3509

 

                                              */s/ Deborah A. Earnshaw*
                                              Deborah A. Earnshaw
                                              for
                                              Scott F. Waterman, Esquire
                                              Standing Chapter 13 Trustee