| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-17098-AMC**

Francisco Rosa
Teresa Cruz
2118 Robbins Avenue
Philadelphia  PA   19149

Petition Filed Date: 11/12/2019
341 Hearing Date: 01/10/2020
Confirmation Date:

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/03/2019 | $75.00 | 578938 | 12/10/2019 | $75.00 | 500000580504 | 12/17/2019 | $75.00 | 500000581533 |
| 12/26/2019 | $75.00 | 500000582451 | 12/31/2019 | $75.00 | 583242 | 01/07/2020 | $75.00 | 50000584262 |
| 01/15/2020 | $75.00 | 500000585520 | 01/22/2020 | $75.00 | 500000586547 | 01/28/2020 | $75.00 | 500000587361 |
| 02/05/2020 | $75.00 | 500000058832 | 02/12/2020 | $75.00 | 590153 | 02/25/2020 | $75.00 | 500000590904 |
| 02/25/2020 | $75.00 | 500000591898 | 03/03/2020 | $75.00 | 500000592995 | 03/11/2020 | $75.00 | 500000594821 |
| 03/18/2020 | $75.00 | 595806 | 03/24/2020 | $75.00 | 500000596393 | 03/31/2020 | $75.00 | 597121 |
| 04/07/2020 | $75.00 | 597622 | 04/14/2020 | $75.00 | 598260 | 04/21/2020 | $75.00 | 50000598796 |
| 04/28/2020 | $75.00 | 500000599329 | 05/06/2020 | $75.00 | 500000600129 | 05/14/2020 | $75.00 | 600976 |
| 05/19/2020 | $75.00 | 500000601439 | 05/27/2020 | $75.00 | 602178 | 06/05/2020 | $75.00 | 602914 |
| 06/11/2020 | $75.00 | 500000603635 | 06/18/2020 | $75.00 | 604453 | 06/24/2020 | $75.00 | 500000605123 |
| 07/01/2020 | $75.00 | 500000605983 | 07/07/2020 | $75.00 | 500000606859 | 07/14/2020 | $75.00 | 608258 |
| 07/21/2020 | $75.00 | 609115 | 07/28/2020 | $75.00 | 500000610060 | 08/05/2020 | $75.00 | 611074 |
| 08/11/2020 | $75.00 | 612329 | | | | | | |

**Total Receipts for the Period: $2,775.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,775.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Francisco Rosa | Debtor Refunds | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17098-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,775.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($75.00) |
| Paid to Trustee: | $259.86 | Total Plan Base: | $10,800.00 |
| Funds on Hand: | $2,515.14 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.