**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-17098-AMC |
| | ) | |
| TERESA CRUZ and FRANCISCO ROSA, | ) ) | |
| Debtors | ) | CHAPTER 13 |

**PRAECIPE TO WITHDRAW CAPITAL ONE AUTO FINANCE,**
**A DIVISION OF CAPITAL ONE, N.A.'S OBJECTION TO CONFIRMATION**

TO THE CLERK:

Kindly withdraw Capital One Auto Finance, a division of Capital One, N.A.'s Objection to Confirmation in reference to the above matter, without prejudice.

                                  Respectfully submitted,

                                  MESTER & SCHWARTZ, P.C.

                                  /s/ Jason Brett Schwartz
                                Jason Brett Schwartz, Esquire
                                1917 Brown Street
                                Philadelphia, PA 19130
                                (267) 909-9036