# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    Francisco Rosa | : | |
|    Teresa Cruz | : | |
| | : | BANKRUPTCY NO.: 19-17098-amc |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of Debtors Motion to Approve the Loan Modification, it is hereby

ORDERED and DECREED that the Motion to Approve the Loan Modification is APPROVED and the Debtors' are permitted to obtain a Loan Modification on her property located at 2118 Robbins Avenue, Philadelphia PA 19149.

Date: October 28, 2020

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE