Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-17098-AMC**

Francisco Rosa  
Teresa Cruz  
2118 Robbins Avenue  
Philadelphia  PA   19149

Petition Filed Date: 11/12/2019  
341 Hearing Date: 01/10/2020  
Confirmation Date: 02/03/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $75.00 | 50000584262 | 01/15/2020 | $75.00 | 500000585520 | 01/22/2020 | $75.00 | 500000586547 |
| 01/28/2020 | $75.00 | 500000587361 | 02/05/2020 | $75.00 | 500000058832 | 02/12/2020 | $75.00 | 590153 |
| 02/25/2020 | $75.00 | 500000590904 | 02/25/2020 | $75.00 | 500000591898 | 03/03/2020 | $75.00 | 500000592995 |
| 03/11/2020 | $75.00 | 500000594821 | 03/18/2020 | $75.00 | 595806 | 03/24/2020 | $75.00 | 500000596393 |
| 03/31/2020 | $75.00 | 597121 | 04/07/2020 | $75.00 | 597622 | 04/14/2020 | $75.00 | 598260 |
| 04/21/2020 | $75.00 | 50000598796 | 04/28/2020 | $75.00 | 500000599329 | 05/06/2020 | $75.00 | 500000600129 |
| 05/14/2020 | $75.00 | 600976 | 05/19/2020 | $75.00 | 500000601439 | 05/27/2020 | $75.00 | 602178 |
| 06/05/2020 | $75.00 | 602914 | 06/11/2020 | $75.00 | 500000603635 | 06/18/2020 | $75.00 | 604453 |
| 06/24/2020 | $75.00 | 500000605123 | 07/01/2020 | $75.00 | 500000605983 | 07/07/2020 | $75.00 | 500000606859 |
| 07/14/2020 | $75.00 | 608258 | 07/21/2020 | $75.00 | 609115 | 07/28/2020 | $75.00 | 500000610060 |
| 08/05/2020 | $75.00 | 611074 | 08/11/2020 | $75.00 | 612329 | 08/18/2020 | $75.00 | 613276 |
| 08/26/2020 | $75.00 | 500000614523 | 09/02/2020 | $75.00 | 500000615142 | 09/09/2020 | $75.00 | 616318 |
| 09/16/2020 | $75.00 | 617218 | 09/29/2020 | $75.00 | 618327 | 09/29/2020 | $75.00 | 619071 |
| 10/06/2020 | $75.00 | 620537 | 10/14/2020 | $75.00 | 621267 | 10/23/2020 | $75.00 | 622276 |
| 10/28/2020 | $75.00 | 623248 | 11/06/2020 | $75.00 | 624109 | 11/12/2020 | $75.00 | 625229 |
| 11/20/2020 | $75.00 | 625858 | 11/25/2020 | $75.00 | 626873 | 12/08/2020 | $75.00 | 500000627992 |
| 12/18/2020 | $75.00 | 629400 | 01/04/2021 | $75.00 | 500000627152 | 01/06/2021 | $75.00 | 630185 |
| 01/07/2021 | $75.00 | 631341 | 01/08/2021 | $75.00 | 500000630805 | 01/14/2021 | $75.00 | 500000632240 |
| 01/22/2021 | $75.00 | 500000632990 | 01/28/2021 | $75.00 | 633739 | 02/04/2021 | $150.00 | 500000634527 |
| 02/23/2021 | $75.00 | 500000636167 | 03/02/2021 | $75.00 | 500000063701 | 03/08/2021 | $75.00 | 637739 |
| 03/15/2021 | $75.00 | 639066 | 03/22/2021 | $75.00 | 640142 | 03/30/2021 | $75.00 | 500000641081 |
| 03/30/2021 | $75.00 | 500000641712 | 04/06/2021 | $75.00 | 642689 | 04/14/2021 | $150.00 | 643694 |
| 05/03/2021 | $75.00 | 645628 | 05/05/2021 | $75.00 | 646740 | 05/18/2021 | $75.00 | 648020 |
| 05/27/2021 | $75.00 | 500000649201 | 05/27/2021 | $75.00 | 500000649681 | 06/08/2021 | $375.00 | 650823 |

**Total Receipts for the Period: $5,850.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,225.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Francisco Rosa | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PYOD LLC<br>»»  001 | Unsecured Creditors | $1,332.73 | $0.00 | $1,332.73 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  002 | Unsecured Creditors | $1,090.39 | $0.00 | $1,090.39 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4 | ATLAS ACQUISITIONS LLC<br>»» 004 | Unsecured Creditors | $679.86 | $0.00 | $679.86 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $245.29 | $0.00 | $245.29 |
| 6 | WELLS FARGO<br>»» 006 | Secured Creditors | $5,569.43 | $1,165.51 | $4,403.92 |
| 7 | DEUTSCHE BANK NTC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PA HOUSING FINANCE AGENCY<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $226.40 | $39.47 | $186.93 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $6,225.00 | | Current Monthly Payment: | $303.00 |
| Paid to Claims: | $5,204.98 | | Arrearages: | ($738.00) |
| Paid to Trustee: | $539.61 | | Total Plan Base: | $11,244.00 |
| Funds on Hand: | $480.41 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.