**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Teresa Cruz<br>         Francisco Rosa<br><br>                    Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>                    Movant<br>           vs. | NO. 19-17098 AMC |
| Teresa Cruz<br>Francisco Rosa<br>                    Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman<br>                    Trustee | |

**ORDER**

AND NOW, this         day of                    , 2021 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *September 29, 2020* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: December 8, 2021**

_____
United States Bankruptcy Judge.