| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-17098-AMC**

Francisco Rosa
Teresa Cruz
2118 Robbins Avenue
Philadelphia  PA    19149

Petition Filed Date: 11/12/2019
341 Hearing Date: 01/10/2020
Confirmation Date: 02/03/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $75.00 | 642689 | 04/14/2021 | $150.00 | 643694 | 05/03/2021 | $75.00 | 645628 |
| 05/05/2021 | $75.00 | 646740 | 05/18/2021 | $75.00 | 648020 | 05/27/2021 | $75.00 | 500000649201 |
| 05/27/2021 | $75.00 | 500000649681 | 06/08/2021 | $375.00 | 650823 | 07/07/2021 | $375.00 | 500000654924 |
| 08/10/2021 | $375.00 | 500000659141 | 09/10/2021 | $375.00 | 500000663980 | 10/14/2021 | $75.00 | 500000668517 |
| 10/19/2021 | $75.00 | 669140 | 10/26/2021 | $75.00 | 500000670230 | 11/12/2021 | $150.00 | 672182 |
| 11/24/2021 | $150.00 | 674170 | 12/09/2021 | $150.00 | 500000675985 | 01/03/2022 | $150.00 | 500000678958 |
| 02/15/2022 | $375.00 | 684204 | 04/07/2022 | $600.00 | 692814 | 06/29/2022 | $300.00 | 500000704518 |

**Total Receipts for the Period:  $4,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Francisco Rosa | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PYOD LLC<br>»»  001 | Unsecured Creditors | $1,332.73 | $0.00 | $1,332.73 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  002 | Unsecured Creditors | $1,090.39 | $0.00 | $1,090.39 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ATLAS ACQUISITIONS LLC<br>»»  004 | Unsecured Creditors | $679.86 | $0.00 | $679.86 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  005 | Unsecured Creditors | $245.29 | $0.00 | $245.29 |
| 6 | WELLS FARGO<br>»»  006 | Secured Creditors | $5,569.43 | $4,449.04 | $1,120.39 |
| 7 | DEUTSCHE BANK NTC<br>»»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PA HOUSING FINANCE AGENCY<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»»  009 | Secured Creditors | $226.40 | $170.07 | $56.33 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 19-17098-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,450.00 | Current Monthly Payment: | $303.00 |
| Paid to Claims: | $8,619.11 | Arrearages: | $279.00 |
| Paid to Trustee: | $820.11 | Total Plan Base: | $11,244.00 |
| Funds on Hand: | $10.78 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.